B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tucker, Timothy Aaron** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Tucker, Stephanie Mauree** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Tim Tucker** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Stephanie Mauree Conniff** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **9809** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **5255** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**27866 Alta Vista**<br>**Valencia, CA**<br>ZIPCODE **91355** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**27866 Alta Vista**<br>**Valencia, CA**<br>ZIPCODE **91355** |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business:<br>**Los Angeles** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.)<br><br>☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)<br><br>☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."  ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tucker, Timothy Aaron & Tucker, Stephanie Mauree** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X **/s/ Hale Andrew Antico**                          **1/21/09**
  Signature of Attorney for Debtor(s)                    Date

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Tucker, Timothy Aaron & Tucker, Stephanie Mauree** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Timothy Aaron Tucker*
Signature of Debtor                    **Timothy Aaron Tucker**

**X** */s/ Stephanie Mauree Tucker*
Signature of Joint Debtor              **Stephanie Mauree Tucker**

Telephone Number (If not represented by attorney)
**January 21, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

**X** */s/ Hale Andrew Antico*
Signature of Attorney for Debtor(s)

**Hale Andrew Antico 174144**
**Law Offices of Hale A. Antico, P.C.**
**27538 Sierra Highway, #100**
**Santa Clarita, CA  91351**
**(661) 252-9900**
**hantico@scvbankruptcy.com**

**January 21, 2009**
Date
*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.*

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
_____
_____

**X** _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Hale Andrew Antico** 174144<br>**Law Offices of Hale A. Antico, P.C.**<br>**27538 Sierra Hwy**<br><br>☑Attorney for | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br>**Tucker, Timothy Aaron**<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br>CHAPTER: **7**<br>ADV. NO.: |
|---|---|

<div align="center">

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)
</div>

☑ Petition, statement of affairs, schedules or lists           Date Filed: _____

☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____

☐ Other: _____    Date Filed: _____

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

                                                                  **January 13, 2009**

_____        **Date**

Signature of Signing Party

**Timothy Aaron Tucker**

Printed Name of Signing Party

                                                                  **January 13, 2009**

_____        **Date**

Signature of Joint Debtor (if applicable)

**Stephanie Mauree Tucker**

Printed Name of Joint Debtor (if applicable)

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

                                                                  **January 13, 2009**

_____        **Date**

Signature of Attorney for Signing Party

**Hale Andrew Antico**

Printed Name of Attorney for Signing Party

---

<div align="center">

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
</div>

November 2006

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## Central District of California

IN RE:

**Tucker, Timothy Aaron**

<div style="text-align:center">Debtor(s)</div>

Case No. _____

Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Timothy Aaron Tucker** _____

Date: **January 21, 2009** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

### United States Bankruptcy Court
### Central District of California

IN RE:                                                              Case No. _____

**Tucker, Stephanie Mauree**                                        Chapter **7** _____

<center>Debtor(s)</center>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Stephanie Mauree Tucker** _____

Date: **January 21, 2009** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California     */s/ Timothy Aaron Tucker* _____
                                                                                            Debtor

Dated: **January 21, 2009** _____     */s/ Stephanie Mauree Tucker* _____
                                                                                            Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201 - Notice of Available Chapters (Rev. 04/06)                                                    USBC, Central District of California

Name: **Law Offices of Hale A. Antico, P.C.** _____

Address: **27538 Sierra Highway, #100** _____

**Santa Clarita, CA  91351** _____

Telephone: **(661) 252-9900** _____   Fax: _____

☑ Attorney for Debtor

☐ Debtor in Pro Per

---

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br>**Tucker, Timothy Aaron; Tucker, Tim Tucker, Stephanie Mauree; Conniff, Stephanie Mauree** | Case No.: |
|---|---|
| | **NOTICE OF<br>AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

1. <u>**Services Available from Credit Counseling Agencies**</u>

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

2. <u>**The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**</u>

    <u>**Chapter 7:**</u> **Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

    1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

B201 - Notice of Available Chapters (Rev. 04/06)                                    USBC, Central District of California

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201 - Notice of Available Chapters (Rev. 04/06)                                                      USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer Address: | Social Security number (if the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

X _____
Signature of Bankruptcy Petition Preparer or officer, principal,
responsible person, or partner whose Social Security number is
provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Tucker, Timothy Aaron & Tucker, Stephanie Mauree**                          X /s/ Timothy Aaron Tucker                    1/21/09
Printed Name(s) of Debtor(s)                                                                 Signature of Debtor                                    Date

Case No. (If known) _____

                                                                                                         X /s/ Stephanie Mauree Tucker                1/21/09
                                                                                                         Signature of Joint Debtor (if any)            Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Summary (Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
## Central District of California

**IN RE:**                                                                   Case No. _____

**Tucker, Timothy Aaron & Tucker, Stephanie Mauree**        Chapter **7** _____
<div align="center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 200,000.00 | | |
| B - Personal Property | Yes | 3 | $ 48,701.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 277,708.71 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $ 3,478,067.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 5,097.34 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 7,002.80 |
| TOTAL | | 29 | $ 248,701.00 | $ 3,755,775.92 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**

**Central District of California**

IN RE:                                                                    Case No. _____

Tucker, Timothy Aaron & Tucker, Stephanie Mauree _____    Chapter **7** _____
                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 5,097.34 |
| Average Expenses (from Schedule J, Line 18) | $ | 7,002.80 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 2,924.56 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 54,000.06 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 3,478,067.21 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 3,532,067.27 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

IN RE <u>Tucker, Timothy Aaron & Tucker, Stephanie Mauree</u>  Case No. _____
                  Debtor(s)                                            (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Rental Property: 1828 S. 234th Dr., Buckeye, AZ** | **Fee Simple** | **W** | **200,000.00** | **254,000.06** |
| | | **TOTAL** | **200,000.00** | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree**                                    Case No. _____
                                            Debtor(s)                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal Checking Account - balance as of 01/05/09** | C | 700.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Rent Deposit - Lanlord: Daniel Lim** | C | 5,000.00 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Miscellaneous household goods furnishings and personal effects** | | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing and other personal effects** | | 500.00 |
| 7.  Furs and jewelry. | | **Personal jewelry - Wedding Rings** | C | 1,500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance - no cash value** | C | 0.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **403(b) for son's benefit** **Stock accounts** | C C | 0.00 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Tucker, Timothy Aaron & Tucker, Stephanie Mauree</u>                    Case No. _____
                              Debtor(s)                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Promissory note owed to debtor from previous business (Calmerica). Debtor believes this is uncollectable. Face value of note: $60,000. | C | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Note: loan was defrauded - debtor believes this is uncollectable, as the individual behind LLC took plea on fraud charges brought against him in State of Washington, civilly and criminally.  Face value of note: $185,000. | C | 0.00 |
| | | Tax Refund (possible - using rest of wild card) | C | 15,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Honda Odessey - in debtor's possession | W | 24,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Lizard | C | 1.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree**
_____   Case No. _____
                     Debtor(s)                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **48,701.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree**          Case No. _____
_____
                Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Personal Checking Account - balance as of 01/05/09** | **CCCP § 703.140(b)(5)** | **700.00** | **700.00** |
| **Rent Deposit - Lanlord: Daniel Lim** | **CCCP § 703.140(b)(5)** | **5,000.00** | **5,000.00** |
| **Clothing and other personal effects** | **CCCP § 703.140(b)(3)** | **500.00** | **500.00** |
| **Personal jewelry - Wedding Rings** | **CCCP § 703.140(b)(4)** **CCCP § 703.140(b)(5)** | **1,350.00** **150.00** | **1,500.00** |
| **Tax Refund (possible - using rest of wild card)** | **CCCP § 703.140(b)(5)** | **15,000.00** | **15,000.00** |
| **Lizard** | **CCCP § 703.140(b)(3)** | **100%** | **1.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

**IN RE** Tucker, Timothy Aaron & Tucker, Stephanie Mauree _____    Case No. _____
                                        Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **217-3106**<br><br>**Capital One Auto Finance**<br>**PO Box 260848**<br>**Plano, TX  75026** | | W | Incurred: 2006-2007<br>Security: 2006 Honda Odessey<br><br><br>VALUE $ **24,000.00** | | | | 23,708.65 | |
| ACCOUNT NO. **1581-5947**<br><br>**EMC  Mortgage Corporation**<br>**PO Box 619063**<br>**Dallas, TX  75261-9063** | | W | Incurred: 2006-2008<br>Consideration: 2nd Mortgage for Rental Property<br>(1828 S 234th Dr, Buckeye, AZ 85326)<br>VALUE $ **200,000.00** | | | | 84,599.06 | 54,000.06 |
| ACCOUNT NO.<br><br>**Faslo Solutions, LLC**<br>**1 First American Way**<br>**Westlake, TX  76262** | | | Assignee or other notification for:<br>EMC  Mortgage Corporation<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. **1581-5285**<br><br>**EMC  Mortgage Corporation**<br>**PO Box 619063**<br>**Dallas, TX  75261-9063** | | W | Incurred: 2006-2008<br>Consideration: 1st Mortgage for Rental Property<br>(1828 S 234th Dr, Buckeye, AZ 85326)<br>VALUE $ **200,000.00** | | | | 169,401.00 | |

_____**1**_____ continuation sheets attached

Subtotal
(Total of this page)    $  **277,708.71**    $  **54,000.06**

Total
(Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07) - Cont.**

IN RE <u>Tucker, Timothy Aaron & Tucker, Stephanie Mauree</u>                    Case No. _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Gust Rosenfeld**<br>**Attorneys Since 1921 PLC**<br>**201 E. Washington #800**<br>**Phoenix, AZ  85004-2327** | | | **Assignee or other notification for:**<br>**EMC  Mortgage Corporation**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ | $ |
|---|---|---|---|
| | Total (Use only on last page) | $ **277,708.71** | $ **54,000.06** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Tucker, Timothy Aaron & Tucker, Stephanie Mauree _____ Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE <u>Tucker, Timothy Aaron & Tucker, Stephanie Mauree</u>  Case No. _____
                             Debtor(s)                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3717-346626-91000**<br><br>**American Express<br>Customer Service<br>PO Box 981535<br>El Paso, TX  79998** | | C | **Incurred: 2006-2008<br>Consideration: Business Debt (Unsecured)** | | | | **20,745.47** |
| ACCOUNT NO.<br><br>**NCO Financial Systems, Inc<br>507 Prudential Rd<br>Horsham, PA  19044** | | | **Assignee or other notification for:<br>American Express** | | | | |
| ACCOUNT NO. **3723-903346-31004**<br><br>**American Express<br>Customer Service<br>PO Box 981535<br>El Paso, TX  79998** | | C | **Incurred: 2006-2008<br>Consideration: Credit Card Debt (Unsecured)** | | | | **10,639.13** |
| ACCOUNT NO.<br><br>**Zwicker & Associates, PC<br>Attorneys At Law<br>80 Minuteman Rd<br>Andover, MA  01810** | | | **Assignee or other notification for:<br>American Express** | | | | |

    **15** continuation sheets attached

Subtotal
(Total of this page) $ **31,384.60**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree**                                    Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3715-512221-93008**<br>**American Express**<br>**Customer Service**<br>**PO Box 981535**<br>**El Paso, TX  79998** | | C | **Incurred: 2006-2008**<br>**Consideration: Business Debt (Unsecured)** | | | | **10,331.51** |
| ACCOUNT NO. **413-055-289**<br>**APS**<br>**Station 3200**<br>**PO Box 53933**<br>**Phoenix, AZ  85072** | | C | **Incurred: 2008**<br>**Consideration: Utility Debt on Surrendered Property (Unsecured)**<br>**(1828 S 234th Dr)** | | | | **86.64** |
| ACCOUNT NO. **001-441-045-105-2852**<br>**Aqua Texas, Inc**<br>**762 W Lancaster Ave**<br>**Bryn Mawr, PA  19010** | | C | **Incurred: 2008**<br>**Consideration: Utility Debt on Foreclosed Property (Unsecured)**<br>**(2405 Portwood Way)** | | | | **705.76** |
| ACCOUNT NO. **23-0255603-6**<br>**Arizona American Water**<br>**PO Box 7150**<br>**Pasadena, CA  91109** | | C | **Incurred: 2008**<br>**Consideration: Utility Debt on Foreclosed Property (Unsecured)**<br>**(13127 N 154th Ave)** | | | | **110.35** |
| ACCOUNT NO. **592-0200-7350-036**<br>**Bank Of America, NA**<br>**PO Box 45224**<br>**Jacksonville, FL  32232-5224** | | W | **Incurred: 2006-2007**<br>**Consideration: Deficiency owed on repossession. Listed as precaution. 2006 Fleetwood Southwind RV** | | | | **99,399.63** |
| ACCOUNT NO. **6824-1000-245599**<br>**Bank Of America, NA**<br>**PO Box 21848**<br>**Greensboro, NC  27420** | | C | **Incurred: 2005-2008**<br>**Consideration: Business Line of Credit Debt (Unsecured)** | | | | **102,452.21** |
| ACCOUNT NO.<br>**ER Solutions, Inc**<br>**800 SW 39th St**<br>**Renton, WA  98057** | | | **Assignee or other notification for:**<br>**Bank Of America, NA** | | | | |

Sheet no. **1** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **213,086.10**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Tucker, Timothy Aaron & Tucker, Stephanie Mauree                                Case No. _____
                                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **OJZ-057-0907**<br>**Biola University**<br>**PO Box 29920**<br>**New York, NY  10087** | | C | **Incurred: 2007-2008**<br>**Consideration: Debt (Unsecured)** | | | | **121.84** |
| ACCOUNT NO.<br>**Harris Connect**<br>**Collections Department**<br>**PO Box 41135**<br>**Norfolk, VA  23541** | | | **Assignee or other notification for:**<br>**Biola University** | | | | |
| ACCOUNT NO. **05-LR-956502**<br>**Burrtec Waste Industries, Inc**<br>**26000 Springbrook Ave, #101**<br>**Saugus, CA  91350** | | C | **Incurred: 2008**<br>**Consideration: Utility Debt on Foreclosed Property (Unsecured)**<br>**(29534 Hacienda Dr)** | | | | **62.64** |
| ACCOUNT NO.<br>**Caleb Tucker**<br>**19802 Red Road Lane**<br>**Yorba Linda, CA  92886** | | C | **Incurred: 2008**<br>**Consideration: Personal Loan (Unsecured)** | | | | **9,000.00** |
| ACCOUNT NO. **4147-0926-4709-0755**<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130** | | C | **Incurred: 2006-2008**<br>**Consideration: Credit Card Debt (Unsecured)** | | | | **20,579.91** |
| ACCOUNT NO.<br>**Creditors Interchange**<br>**PO Box 1335**<br>**Buffalo, NY  14240** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO. **57-03-5726-8452-5831**<br>**Capital One**<br>**PO Box 1366**<br>**Pittsburgh, PA  15230** | | C | **Incurred: 2005-2008**<br>**Consideration: Business Line of Credit Debt (Unsecured)** | | | | **89,937.59** |

Sheet no. **2** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **119,701.98**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree**                    Case No. _____
_____                                         (If known)
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4802-1326-5170-2634**<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130** | | C | **Incurred: 2006-2008**<br>**Consideration: Business Debt (Unsecured)** | | | | **7,683.22** |
| ACCOUNT NO. **416-9921**<br>**Capital One Auto Finance**<br>**PO Box 260848**<br>**Plano, TX  75026** | | C | **Incurred: 2006-2008**<br>**Consideration: Deficiency balance owed on repossessed vehicle**<br>**2006 Audi A8** | | | | **22,442.12** |
| ACCOUNT NO. **539-576-64**<br>**Cellnetix Pathology, PLLC**<br>**PO Box 3941**<br>**Seattle, WA  98124** | | C | **Incurred: 2007-2008**<br>**Consideration: Medical Debt (Unsecured)** | | | | **5.47** |
| ACCOUNT NO. **1539-7108-77**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE  19850** | | C | **1st Mortgage**<br>**Short Sale on Property at 13127 N 154th Ave, Surprise, AZ 85379**<br>**Listed as precaution.** | | | | **220,000.00** |
| ACCOUNT NO. **5466-1601-9703-1006**<br>**Citi Cards**<br>**PO Box 6000**<br>**The Lakes, NV  89163** | | C | **Incurred: 2006-2008**<br>**Consideration: Credit Card Debt (Unsecured)** | | | | **25,549.28** |
| ACCOUNT NO.<br>**Citi Cards**<br>**PO Box 1503**<br>**St Peters, MO  63376** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |
| ACCOUNT NO.<br>**Client Services, Inc**<br>**3451 Harry Truman Blvd**<br>**St Charles, MO  63301** | | | **Assignee or other notification for:**<br>**Citi Cards** | | | | |

Sheet no. ___**3**___ of ___**15**___ continuation sheets attached to                              Subtotal $ **275,680.09**
Schedule of Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

                                                                                                                      Total
                                                  (Use only on last page of the completed Schedule F. Report also on      $
                                                  the Summary of Schedules, and if applicable, on the Statistical
                                                  Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree**                                    Case No. _____
                                                     Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1506-5464-2**<br>**Countrywide**<br>**PO Box 10219**<br>**Van Nuys, CA 91410** | | C | **1st Mortgage**<br>**Short Sale on Property at 29534 Hacienda Dr, Valencia, CA 91354**<br>**Listed as precaution.** | | | | **1,425,000.00** |
| ACCOUNT NO. **150-654-658**<br>**Countrywide Home Loans**<br>**Attn: Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | | C | **2nd Mortgage**<br>**Short Sale on Property at 29534 Hacienda Dr, Valencia, CA 91354**<br>**Listed as precaution.** | | | | **unknown** |
| ACCOUNT NO.<br>**Dyck-O'Neal, Inc**<br>**PO Box 13370**<br>**Arlington, TX 76094** | | | **Assignee or other notification for:**<br>**Countrywide Home Loans** | | | | |
| ACCOUNT NO. **2008-00216-0**<br>**Cynthia Novak, DDS**<br>**23920 Valencia Blvd, #285**<br>**Valencia, CA 91355** | | C | **Incurred: 2008**<br>**Consideration: Medical Debt (Unsecured)** | | | | **618.60** |
| ACCOUNT NO.<br>**The Russell Group**<br>**PO Box 6241**<br>**San Pedro, CA 90734** | | | **Assignee or other notification for:**<br>**Cynthia Novak, DDS** | | | | |
| ACCOUNT NO. **028-943-676**<br>**Directv, Inc**<br>**Customer Service**<br>**PO Box 6550**<br>**Greenwood Village, CO 80155** | | C | **Incurred: 2008**<br>**Consideration: Utility Debt (Unsecured)** | | | | **206.88** |
| ACCOUNT NO.<br>**The CBE Group, Inc**<br>**131 Tower Park Dr, #100**<br>**Waterloo, IA 50701** | | | **Assignee or other notification for:**<br>**Directv, Inc** | | | | |

Sheet no. **4** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ **1,425,825.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree** _____   Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1605-6798** <br><br> **EMC  Mortgage Corporation** <br> **PO Box 619063** <br> **Dallas, TX  75261-9063** | C | | **2nd Mortgage** <br> **Short Sale on Property at 105 Tulip Trail Bend,** <br> **Cedar Park, TX 78613** <br> **Listed as precaution.** | | | | **unknown** |
| ACCOUNT NO. **1605-6889** <br><br> **EMC Mortgage Corporation** <br> **Customer Service Department** <br> **PO Box 293150** <br> **Lewisville, TX  75029** | C | | **2nd Mortgage on Foreclosed Property** <br> **(103 Tulip Trail Bend, Cedar Park, TX 78613)** <br> **Listed as precaution.** | | | | **74,218.65** |
| ACCOUNT NO. <br><br> **Faslo Solutions, LLC** <br> **1 First American Way** <br> **Westlake, TX  76262** | | | **Assignee or other notification for:** <br> **EMC Mortgage Corporation** | | | | |
| ACCOUNT NO. **1605-6764** <br><br> **EMC Mortgage Corporation** | C | | **1st Mortgage** <br> **Short Sale on Property at 105 Tulip Trail Bend,** <br> **Cedar Park, TX 78613** <br> **Listed as precaution.** | | | | **281,520.00** |
| ACCOUNT NO. **R-0051-078-L-0036-575** <br><br> **Forest Oaks Owners Association, Inc** <br> **C/O RealManage** <br> **PO Box 803555** <br> **Dallas, TX  75380** | C | | **Incurred: 2008** <br> **Consideration: HOA Fees on Foreclosed Property** <br> **(103 Tulip Trail Bend)** | | | | **590.00** |
| ACCOUNT NO. <br><br> **Willatt & Flickinger** <br> **Attorneys At Law** <br> **2001 N Lamar** <br> **Austin, TX  78705** | | | **Assignee or other notification for:** <br> **Forest Oaks Owners Association, Inc** | | | | |
| ACCOUNT NO. **2008-709574-5** <br><br> **Forsyth County Tax Collector** <br> **PO Box 82** <br> **Winston-Salem, NC  27102** | C | | **Incurred: 2008** <br> **Consideration: Property Taxes owed on** <br> **Foreclosed Property** <br> **(4284 Oak Tree Dr)** | | | | **2,552.27** |

Sheet no. __**5**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **358,880.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Tucker, Timothy Aaron & Tucker, Stephanie Mauree _____ Case No. _____
                                       Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gary Tucker<br>21402 W Brittle Bush Lane<br>Buckeye, AZ 85396 | | C | Incurred: 2008<br>Consideration: Personal Loan (Unsecured) | | | | 5,000.00 |
| ACCOUNT NO. 359-375-380<br>GMAC Mortgage<br>PO Box 780<br>Waterloo, IA 50704 | | C | 2nd Mortgage on Foreclosed Property<br>(1614 Nina Dr, Grand Prairie, TX 75051)<br>Listed as precaution. | | | | unknown |
| ACCOUNT NO.<br>GMAC Mortgage, LLC<br>Recovery Department; Mail Code 190FTWD45<br>1100 Virginia Dr<br>Ft Washington, PA 19034 | | | Assignee or other notification for:<br>GMAC Mortgage | | | | |
| ACCOUNT NO. 359-296-012<br>GMAC Mortgage<br>PO Box 780<br>Waterloo, IA 50704 | | C | 2nd Mortgage on Foreclosed Property<br>(120 Flinn St, Hutto, TX 78634)<br>Listed as precaution. | | | | unknown |
| ACCOUNT NO.<br>GMAC Mortgage, LLC<br>Recovery Department; Mail Code 190FTWD45<br>1100 Virginia Dr<br>Ft Washington, PA 19034 | | | Assignee or other notification for:<br>GMAC Mortgage | | | | |
| ACCOUNT NO. 7305-9625-73<br>Homecoming Financial<br>Customer Service<br>PO Box 4622<br>Waterloo, IA 50704 | | C | 2nd Mortgage on Foreclosed Property<br>(5809 Water Ridge Court, Ft Worth, TX 76179)<br>Listed as precaution. | | | | unknown |
| ACCOUNT NO. Cause No 07-675-T26<br>Leander Independent School District<br>PO Box 218<br>Leander, TX 78646 | | C | Incurred: 2006<br>Consideration: Property Tax Debt on Foreclosed Properties (Unsecured) | | | | 14,907.22 |

Sheet no. **6** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 19,907.22

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Tucker, Timothy Aaron & Tucker, Stephanie Mauree</u>                    Case No. _____
                        Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lisa David, District Clerk**<br>**Williamson County, Texas**<br>**PO Box 24**<br>**Georgetown, TX 78627** | | | Assignee or other notification for:<br>**Leander Independent School District** | | | | |
| ACCOUNT NO.<br>**McCreary, Veselka, Bragg & Allen, PC**<br>**904 South Main, #100**<br>**Georgetown, TX 78626** | | | Assignee or other notification for:<br>**Leander Independent School District** | | | | |
| ACCOUNT NO. **100-612-084**<br>**Litton Loan Servicing, LP**<br>**C/O AVELO Mortgage, LLC**<br>**4828 Loop Central Dr**<br>**Houston, TX 77081** | C | | **2nd Mortgage**<br>**Short Sale on Property at 2601 Lost Mine Trail,**<br>**Leander, TX 78641**<br>**Listed as precaution.** | | | | **unknown** |
| ACCOUNT NO.<br>**McCarthy, Holthus & Ackerman, LLP**<br>**Attorneys At Law**<br>**9330 LBJ Freeway, #750**<br>**Dallas, TX 75243** | | | Assignee or other notification for:<br>**Litton Loan Servicing, LP** | | | | |
| ACCOUNT NO. **100-612-068**<br>**Litton Loan Servicing, LP**<br>**C/O AVELO Mortgage, LLC**<br>**4828 Loop Central Dr**<br>**Houston, TX 77081** | C | | **2nd Mortgage**<br>**Short Sale on Property at 2603 Lost Mine Trail,**<br>**Leander, TX 78641**<br>**Listed as precaution.** | | | | **unknown** |
| ACCOUNT NO. **100-612-092**<br>**Litton Loan Servicing, LP**<br>**C/O AVELO Mortgage, LLC**<br>**4828 Loop Central Dr**<br>**Houston, TX 77081** | C | | **2nd Mortgage**<br>**Short Sale on Property at 2605 Lost Mine Trail,**<br>**Leander, TX 78641**<br>**Listed as precaution.** | | | | **unknown** |
| ACCOUNT NO. **100-613-041**<br>**Litton Loan Servicing, LP** | C | | **1st Mortgage**<br>**Short Sale on Property at 2601 Lost Mine Trail,**<br>**Leander, TX 78641**<br>**Listed as precaution.** | | | | **310,080.00** |

Sheet no. **7** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **310,080.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree**                    Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **100-613-025**<br>**Litton Loan Servicing, LP** | | C | **1st Mortgage**<br>**Short Sale on Property at 2603 Lost Mine Trail, Leander, TX 78641**<br>**Listed as precaution.** | | | | **263,160.00** |
| ACCOUNT NO. **100-613-058**<br>**Litton Loan Servicing, LP** | | C | **1st Mortgage**<br>**Short Sale on Property at 2605 Lost Mine Trail, Leander, TX 78641**<br>**Listed as precaution.** | | | | **188,000.00** |
| ACCOUNT NO. **185-8014**<br>**Manuela Sousa, MD**<br>**1229 Madison, #1440**<br>**Seattle, WA  98104** | | C | **Incurred: 2007-2008**<br>**Consideration: Medical Debt (Unsecured)** | | | | **426.48** |
| ACCOUNT NO. **Tim & Stephanie Tucker**<br>**Marine Creek Ranch Homeowner's Association, Inc**<br>**2500 Legacy Dr, #220**<br>**Frisco, TX  75034** | | C | **Incurred: 2008**<br>**Consideration: HOA Fees on Foreclosed Property (5820 Water Ridge Court)** | | | | **255.00** |
| ACCOUNT NO. **1073**<br>**Marley Park Community Association, Inc**<br>**Scott Communities Sales Office**<br>**13214 N 153rd Dr**<br>**Surprise, AZ  85379** | | C | **Incurred: 2008**<br>**Consideration: HOA Fees on Foreclosed Property (13127 N 154th Ave)** | | | | **597.60** |
| ACCOUNT NO.<br>**Ekmark & Ekmark, LLC**<br>**Attorneys At Law**<br>**6720 N Scottsdale Rd, #261**<br>**Scottsdale, AZ  85253** | | | **Assignee or other notification for:**<br>**Marley Park Community Association, Inc** | | | | |
| ACCOUNT NO.<br>**Nathan Train**<br>**1110 Duke St**<br>**Alexandria, VA  22314** | | C | **Incurred: 2008**<br>**Consideration: Personal Loan (Unsecured)** | | | | **13,000.00** |

Sheet no. ___**8**___ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **465,439.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Tucker, Timothy Aaron & Tucker, Stephanie Mauree</u>                    Case No. _____
　　　　　　　　　　　　　Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 04-601<br><br>**Newhall County Water District**<br>**PO Box 220970**<br>**Santa Clarita, CA  91322** | | C | **Incurred: 2008**<br>**Consideration: Utility Debt on Foreclosed Property**<br>**(Unsecured)**<br>**(29534 Hacienda Dr)** | | | | **172.13** |
| ACCOUNT NO.<br><br>**Ascension Recovery Management**<br>**27833 Avenue Hopkins, #1B**<br>**Valencia, CA  91355** | | | **Assignee or other notification for:**<br>**Newhall County Water District** | | | | |
| ACCOUNT NO. 8047-6286<br><br>**Ocwen Loan Servicing**<br>**Customer Service Department**<br>**PO Box 785057**<br>**Orlando, FL  32878** | | C | **2nd Mortgage on Foreclosed Property**<br>**(5836 Showmaster Lane, Ft Worth, TX 76179)**<br>**Listed as precaution.** | | | | **29,120.55** |
| ACCOUNT NO. 643-8949<br><br>**Ocwen Loan Servicing**<br>**PO Box 785056**<br>**Orlando, FL  32878** | | C | **2nd Mortgage on Foreclosed Property**<br>**(112 Phillips, Hutto, TX 78634)**<br>**Listed as precaution.** | | | | **unknown** |
| ACCOUNT NO. 8047-6278<br><br>**Ocwen Loan Servicing**<br>**PO Box 785056**<br>**Orlando, FL  32878** | | C | **2nd Mortgage on Foreclosed Property**<br>**(5820 Water Ridge Court, Ft Worth, TX 76179)**<br>**Listed as precaution.** | | | | **31,933.63** |
| ACCOUNT NO.<br><br>**Pat Conniff**<br>**2955 NE Marquette Way**<br>**Issaquah, WA  98029** | | C | **Incurred: 2008**<br>**Consideration: Personal Loan (Unsecured)** | | | | **3,000.00** |
| ACCOUNT NO. 24-65779<br><br>**Pathology Cytopathology Services**<br>**PO Box 2311**<br>**Chatsworth, CA  91313** | | C | **Incurred: 2007**<br>**Consideration: Medical Debt (Unsecured)** | | | | **50.00** |

Sheet no. ___**9**___ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **64,276.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Tucker, Timothy Aaron & Tucker, Stephanie Mauree__                                      Case No. _____
                                                Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **700-091** <br><br> **Pediatric Acute Care Medical Associates** <br> **PO Box 571027** <br> **Tarzana, CA  91357** | C | | **Incurred: 2007** <br> **Consideration: Medical Debt (Unsecured)** | | | | 86.61 |
| ACCOUNT NO. **PED-9044-7141-9** <br><br> **Pediatrix - Obstetrix** <br> **Medical Group** <br> **770 The City Dr S, #4000** <br> **Orange, CA  92868** | C | | **Incurred: 2007-2008** <br> **Consideration: Medical Debt (Unsecured)** | | | | 104.45 |
| ACCOUNT NO. **TUCKER** <br><br> **Philip Ross, CPA** <br> **An Accountancy Corporation** <br> **24730 Ave Tibbitts, #100** <br> **Valencia, CA  91355** | C | | **Incurred: 2007-2008** <br> **Consideration: Debt (Unsecured)** | | | | 450.00 |
| ACCOUNT NO. **2006-02635** <br><br> **Poole & Shaffery, LLP** <br> **25350 Magic Mountain Parkway, #250** <br> **Valencia, CA  91355** | C | | **Incurred: 2008** <br> **Consideration: Business Debt (Unsecured)** | | | | 3,055.92 |
| ACCOUNT NO. **002-188-315** <br><br> **Principal Management Group** <br> **C/O The Villages Of Chisholm Ridge** <br> **12700 Park Central Dr, #600** <br> **Dallas, TX  75251** | C | | **Incurred: 2008** <br> **Consideration: HOA Fees on Foreclosed Property** <br> **(1360 Saddle Blanket Court)** | | | | 488.76 |
| ACCOUNT NO. **00219-3533** <br><br> **Remington Point HOA** <br> **C/O SBB Processing Center** <br> **PO Box 60875** <br> **Phoenix, AZ  85082** | C | | **Incurred: 2008** <br> **Consideration: HOA Fees on Foreclosed Property** <br> **(5836 Show Master Lane)** | | | | 656.95 |
| ACCOUNT NO. <br><br> **Robert Mitelhaus** <br> **28338 Constellation Dr, #D-900** <br> **Valencia, CA  91355** | C | | **Incurred: 2008** <br> **Consideration: Personal Loan (Unsecured)** | | | | 2,500.00 |

Sheet no. __10__ of __15__ continuation sheets attached to                                   Subtotal     $  7,342.69
Schedule of Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

                                                                                                          Total
                                              (Use only on last page of the completed Schedule F. Report also on     $
                                              the Summary of Schedules, and if applicable, on the Statistical
                                              Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Tucker, Timothy Aaron & Tucker, Stephanie Mauree                      Case No. _____
                                      Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **TUCKER-0000**<br><br>**Santa Clarita Pediatrics**<br>**24515 Kansas St**<br>**Newhall, CA 91321** | | C | **Incurred: 2008**<br>**Consideration: Medical Debt (Unsecured)** | | | | **160.00** |
| ACCOUNT NO. **TUCKER-0001**<br><br>**Santa Clarita Pediatrics**<br>**24515 Kansas St**<br>**Newhall, CA 91321** | | C | **Incurred: 2008**<br>**Consideration: Medical Debt (Unsecured)** | | | | **531.00** |
| ACCOUNT NO. **0005-4053-58**<br><br>**Seattle Emergency Physician, Inc**<br>**Dept 441**<br>**PO Box 34935**<br>**Seattle, WA 98124** | | C | **Incurred: 2007-2008**<br>**Consideration: Medical Debt (Unsecured)** | | | | **591.00** |
| ACCOUNT NO.<br><br>**Sound Builders Group**<br>**2955 NE Marquette Way**<br>**Issaquah, WA 98029** | | C | **Incurred: 2008**<br>**Consideration: Personal Loan (Unsecured)** | | | | **16,750.00** |
| ACCOUNT NO. **s9R3-7A01-3301**<br><br>**Sundance Master Community Association**<br>**7740 N 16th St, #300**<br>**Phoenix, AZ 85020** | | C | **Incurred: 2008**<br>**Consideration: HOA Fees on Foreclosed Property (22993 W Papago St)** | | | | **512.60** |
| ACCOUNT NO.<br><br>**Gust Rosenfeld, PLC**<br>**Attn: Dina D Horsman**<br>**201 E Washington, #800**<br>**Phoenix, AZ 85004** | | | **Assignee or other notification for:**<br>**Sundance Master Community Association** | | | | |
| ACCOUNT NO. **542-3371**<br><br>**Swedish Physician Division**<br>**Central Business Services**<br>**PO Box 84026**<br>**Seattle, WA 98124** | | C | **Incurred: 2007-2008**<br>**Consideration: Medical Debt (Unsecured)** | | | | **1,081.60** |

Sheet no. **11** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,626.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Tucker, Timothy Aaron & Tucker, Stephanie Mauree__     Case No. _____
     Debtor(s)                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0873-9018-508**<br><br>**Swift Financial**<br>**PO Box 3023**<br>**Milwaukee, WI 53201** | | C | **Incurred: 2006-2008**<br>**Consideration: Business Line of Credit Debt**<br>**(Unsecured)** | | | | **33,954.50** |
| ACCOUNT NO. **559-140-488**<br><br>**T-Mobile Customer Relations**<br>**PO Box 37380**<br>**Albuquerque, NM 87176** | | C | **Incurred: 2008**<br>**Consideration: Utility Debt for Business**<br>**(Unsecured)** | | | | **276.11** |
| ACCOUNT NO.<br><br>**AmSher Collection Services, Inc**<br>**600 Beacon Pkwy W, #300**<br>**Birmingham, AL 35209** | | | **Assignee or other notification for:**<br>**T-Mobile Customer Relations** | | | | |
| ACCOUNT NO. **501-025-954**<br><br>**T-Mobile Customer Relations**<br>**PO Box 37380**<br>**Albuquerque, NM 87176** | | C | **Incurred: 2007-2008**<br>**Consideration: Utility Debt for Business**<br>**(Unsecured)** | | | | **2,021.49** |
| ACCOUNT NO.<br><br>**AmSher Collection Services, Inc**<br>**600 Beacon Pkwy W, #300**<br>**Birmingham, AL 35209** | | | **Assignee or other notification for:**<br>**T-Mobile Customer Relations** | | | | |
| ACCOUNT NO. **0000-4045-5343**<br><br>**Tarrant County**<br>**Tarrant County Administration Building**<br>**100 E Weatherford**<br>**Fort Worth, TX 76196** | | C | **Incurred: 2008**<br>**Consideration: Property Taxes owed on**<br>**Foreclosed Property** | | | | **2,933.17** |
| ACCOUNT NO.<br><br>**Linebarger Goggan Blair & Sampson, LLP**<br>**Attorneys At Law**<br>**100 Throckmorton, #300**<br>**Fort Worth, TX 76102** | | | **Assignee or other notification for:**<br>**Tarrant County** | | | | |

Sheet no. __12__ of __15__ continuation sheets attached to             Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims      (Total of this page)   $ **39,185.27**

                                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree**                          Case No. _____
_____
                          Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0000-4000-8541**<br>**Tarrant County**<br>**Tarrant County Administration Building**<br>**100 E Weatherford**<br>**Fort Worth, TX  76196** | | C | **Incurred: 2008**<br>**Consideration: Property Taxes owed on Foreclosed Property** | | | | **3,024.19** |
| ACCOUNT NO.<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**Attorneys At Law**<br>**100 Throckmorton, #300**<br>**Fort Worth, TX  76102** | | | **Assignee or other notification for:**<br>**Tarrant County** | | | | |
| ACCOUNT NO. **0000-4078-0295**<br>**Tarrant County**<br>**Tarrant County Administration Building**<br>**100 E Weatherford**<br>**Fort Worth, TX  76196** | | C | **Incurred: 2008**<br>**Consideration: Property Taxes owed on Foreclosed Property** | | | | **450.03** |
| ACCOUNT NO.<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**Attorneys At Law**<br>**100 Throckmorton, #300**<br>**Fort Worth, TX  76102** | | | **Assignee or other notification for:**<br>**Tarrant County** | | | | |
| ACCOUNT NO. **049-655-7359-7**<br>**The Gas Company**<br>**PO Box C**<br>**Monterey Park, CA  91756** | | C | **Incurred: 2008**<br>**Consideration: Utility Debt on Foreclosed Property (Unsecured)**<br>**(29534 Hacienda Dr)** | | | | **795.81** |
| ACCOUNT NO. **0017-8453-96**<br>**The Gas Company**<br>**PO Box C**<br>**Monterey Park, CA  91756** | | C | **Incurred: 2007-2008**<br>**Consideration: Utility Debt (Unsecured)** | | | | **819.44** |
| ACCOUNT NO.<br>**Progressive Management Systems**<br>**PO Box 2220**<br>**West Covina, CA  91793** | | | **Assignee or other notification for:**<br>**The Gas Company** | | | | |

Sheet no. **13** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **5,089.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree**                          Case No. _____
                                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **408-710**<br>**The Resort At Eagle Mountain Lake Homeowners Association 3901 Airport Freeway, #300 Bedford, TX 76021** | | C | **Incurred: 2008 Consideration: HOA Fees on Foreclosed Property (2405 Portwood Way)** | | | | **1,071.80** |
| ACCOUNT NO.<br>**Henry Oddo Austin & Fletcher, PC Attn: Judd A Austin, Jr 1700 Pacific Ave, #2700 Dallas, TX 75201** | | | **Assignee or other notification for: The Resort At Eagle Mountain Lake** | | | | |
| ACCOUNT NO. **101-280-CU**<br>**Tourney Road Investments, LLC 25350 Magic Mountain Parkway Santa Clarita, CA 91355** | | C | **Incurred: 2007 Consideration: Default on Business Office Lease (Unsecured)** | | | | **56,610.36** |
| ACCOUNT NO.<br>**Tourney Road Investments, LLC 25350 Magic Mountain Parkway Santa Clarita, CA 91355** | | C | **Incurred: 2007 Consideration: Business Personal Loan (Unsecured) Tenant Improvements** | | | | **50,000.00** |
| ACCOUNT NO. **15-3243-02**<br>**Town Of Buckeye 90 N Apache Rd Buckeye, AZ 85326** | | C | **Incurred: 2008 Consideration: Utility Debt on Surrendered Property (Unsecured) (1828 S 234th Dr)** | | | | **337.78** |
| ACCOUNT NO. **996-0162-98-1**<br>**TXU Energy PO Box 660409 Dallas, TX 75266** | | C | **Incurred: 2008 Consideration: Utility Debt on Foreclosed Property (Unsecured) (2405 Portwood Way)** | | | | **235.45** |
| ACCOUNT NO. **4388-5750-7097-5797**<br>**United Mileage Plus Cardmember Service PO Box 15298 Wilmington, DE 19850** | | C | **Incurred: 2006-2008 Consideration: Credit Card Debt (Unsecured)** | | | | **11,150.90** |

Sheet no. **14** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **119,406.29**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Tucker, Timothy Aaron & Tucker, Stephanie Mauree _____ Case No. _____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 08-127<br>**Ursula Bowling**<br>**23637 Via Rana**<br>**Valencia, CA  91355** | | C | **Incurred: 2008**<br>**Consideration: Business Debt (Unsecured)** | | | | 1,127.50 |
| ACCOUNT NO. 87-P-13090<br>**Valencia Gynecology Assoc**<br>**27871 Smyth Dr, #102**<br>**Valencia, CA  91355** | | C | **Incurred: 2007**<br>**Consideration: Medical Debt (Unsecured)** | | | | 170.30 |
| ACCOUNT NO. 770-742-712-00001<br>**Verizon Wireless**<br>**Customer Service**<br>**PO Box 96082**<br>**Bellevue, WA  98009** | | C | **Incurred: 2006-2007**<br>**Consideration: Utility Debt (Unsecured)** | | | | 410.67 |
| ACCOUNT NO.<br>**ER Solutions, Inc**<br>**800 SW 39th St**<br>**Renton, WA  98057** | | | **Assignee or other notification for:**<br>**Verizon Wireless** | | | | |
| ACCOUNT NO. 001-0025241-001<br>**Wells Fargo Financial Leasing**<br>**MAC F4031-050**<br>**800 Walnut St**<br>**Des Moines, IA  50309** | | C | **Incurred: 2007-2008**<br>**Consideration: Business Debt (Unsecured)** | | | | 1,447.04 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __15__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **3,155.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  **3,478,067.21**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree**                                    Case No. _____
_____                (If known)
                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree** _____ Case No. _____
                                                    Debtor(s)                                                                                  (If known)

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

IN RE <u>Tucker, Timothy Aaron & Tucker, Stephanie Mauree</u>        Case No. _____
                    Debtor(s)                                                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** **Daughter** | | AGE(S): **5** **3** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Channel Manger** | **Homemaker** |
| Name of Employer | **01 Communications, Inc** | **Unemployed** |
| How long employed | **3 months** | |
| Address of Employer | **1515 K Street, #100** **Sacramento, CA  95814** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 6,319.45 | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ 6,319.45 | $ 0.00 |
| **4. LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and Social Security | $ 1,222.11 | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 1,222.11 | $ 0.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 5,097.34 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 5,097.34 | $ 0.00 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)        $ 5,097.34

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree** _____ Case No. _____
                                                                    Debtor(s)                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,660.00 |
|    a. Are real estate taxes included?    Yes ____  No ✓ | | |
|    b. Is property insurance included?   Yes ____  No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 245.00 |
|    b. Water and sewer | $ | 60.00 |
|    c. Telephone | $ | |
|    d. Other **See Schedule Attached** | $ | 322.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 70.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 80.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 50.00 |
|    b. Life | $ | 90.00 |
|    c. Health | $ | 435.00 |
|    d. Auto | $ | 50.00 |
|    e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 765.80 |
|    b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other **Day Care** | $ | 250.00 |
|    **Personal Hygiene** | $ | 150.00 |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    | $ | 7,002.80 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**Starting February 1st, debtor's medical insurance will change from Blue Cross to Kaiser which will increase the premium to $634.62/mo.**
**Starting February 1st, debtor will start to make the car payments ($450/mo) for the 2005 Toyota Tundra, sister-in-law's vehicle, which debtor has in his possession.**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ | 5,097.34 |
|    b. Average monthly expenses from Line 18 above | $ | 7,002.80 |
|    c. Monthly net income (a. minus b.) | $ | -1,905.46 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Tucker, Timothy Aaron & Tucker, Stephanie Mauree** _____ Case No. _____
<center>Debtor(s)</center>

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 1**

Other Utilities (DEBTOR)

| | |
|---|---|
| **Trash** | **22.00** |
| **Phone, Cable & Internet** | **150.00** |
| **Cellphone** | **150.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

IN RE <u>Tucker, Timothy Aaron & Tucker, Stephanie Mauree</u>                    Case No. _____
                                              Debtor(s)                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **31** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 21, 2009** _____            Signature: ***/s/ Timothy Aaron Tucker*** _____
                                                               **Timothy Aaron Tucker**                                Debtor

Date: **January 21, 2009** _____            Signature: ***/s/ Stephanie Mauree Tucker*** _____
                                                               **Stephanie Mauree Tucker**                         (Joint Debtor, if any)
                                                                                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____            _____
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____            Signature: _____

                                                               _____
                                                               (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

## United States Bankruptcy Court
## Central District of California

IN RE:                                                                                      Case No. _____

**Tucker, Timothy Aaron & Tucker, Stephanie Mauree**                          Chapter **7** _____
                                   Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

## 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 0.00 | YTD - Employment |
| 17,547.37 | 2008 - Employment |
| 181,458.00 | 2007 - Employment |
| 77,134.00 | 2006 - Employment |

---

## 2. Income other than from employment or operation of business

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,743.00 | 2006 - Interest Income |
| 5,777.00 | 2006 - Rental Income |
| 114.00 | 2006 - Ordinary Dividends |
| 27,547.00 | 2006 - Pension (401K closed in 2006) |
| 522.00 | 2007 - Interest Income |
| 107.00 | 2007 - Ordinary Dividends |
| 43,630.56 | 2008 - Personal Loans |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **M&I Bank, FSB c/o Swift Financial vs Timothy Tucker c/o Calmerica; Case No PC042727** | Civil | **Superior Court of CA, County of LA Chatsworth Courthouse 9425 Penfield Ave Chatsworth, CA 91311** | Pending |
| **Total Owed: $33,954.50** | | | |
| **Leander Independent School District vs Timothy & Stephanie Tucker; Cause No 07-675-T26** | Civil - Delinquest Tax Suit | **26th District Court of Williamson County, Texas PO Box 24 Georgetown, TX 78627** | Pending |
| **Total Owed: $14,907.22** | | | |

None ☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Countrywide PO Box 10219 Van Nuys, CA  91410-0219** | **06/03/2008** | **1614 Nina Dr Grand Prairie, TX 75051 $165,000** |
| **Countrywide PO Box 10219 Van Nuys, CA  91410-0219** | **06/03/2008** | **5809 Water Ridge Court Ft Worth, TX 76179 $155,000** |
| **Countrywide PO Box 10219 Van Nuys, CA  91410-0219** | **10/07/2008** | **5836 Showmaster Lane Ft Worth, TX 76179 $150,000** |
| **Indy Mac Federal Bank PO Box 78826** | **05/22/2008** | **4132 Fiddlers Way Court Winston-Salem, NC 27107** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Phoenix, AZ  85062-8826 | | $225,000 |
| Indy Mac Federal Bank<br>PO Box 78826<br>Phoenix, AZ  85062-8826 | 05/22/2008 | 4284 Oak Tree Dr<br>Winston-Salem, NC 27107<br>$225,000 |
| America's Servicing Company<br>PO Box 10328<br>Des Moines, IA  50306 | 05/06/2008 | 112 Phillips<br>Hutto, TX 78634<br>$175,000 |
| America's Servicing Company<br>PO Box 10328<br>Des Moines, IA  50306 | 04/01/2008 | 120 Flinn St<br>Hutto, TX 78634<br>$175,000 |
| Aurora Loan Services<br>10350 Park Meadows Dr<br>Littleton, CO  80124 | 04/01/2008 | 1360 Saddle Blanket<br>Ft Worth, TX 76179<br>$155,000 |
| Aurora Loan Services<br>10350 Park Meadows Dr<br>Littleton, CO  80124 | 04/01/2008 | 1938 Courtside Dr<br>Grand Prairie, TX 75051<br>$150,000 |
| Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA  50306 | 06/03/2008 | 22993 W Papago St<br>Buckeye, AZ 85326<br>$230,000 |
| Wachovia Mortgage FSB<br>FL0615<br>3563 Phillips Hwy, #400C, 2nd Fl<br>Jacksonville, FL  32207 | 08/03/2008 | 2405 Portwood Way<br>Ft Worth, TX 76179<br>$625,000 |
| EMC  Mortgage Corporation<br>PO Box 619063<br>Dallas, TX  75261-9063 | 2008 | 103 Tulip Trail Bend<br>Cedar Park, TX 78613<br>$255,000 |
| Capital One Auto Finance<br>PO Box 260848<br>Plano, TX  75026 | 2008 | 2006 Audi A8<br>$36,194 |
| Countrywide<br>PO Box 10219<br>Van Nuys, CA  91410 | 12/02/08 | 5820 Water Ridge Court<br>Fort Worth, TX 76179<br>$160,000 |
| Bank Of America<br>PO Box 45224<br>Jacksonville, FL  32232 | 11/14/08 | 2006 Fleetwood Southwind RV<br>$85,000 |
| Audi/VW | March 2008 | 2006 Audi A8: $50,000 |

## 6. Assignments and receiverships

None  ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None  ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None  ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

## 8. Losses

None  ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Hale A. Antico, P.C.**<br>**27538 Sierra Highway**<br>**Santa Clarita, CA  91351-3088** | **12/2008** | **4,900.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Private Party**<br>**None** | **07/31/2008** | **Short Sale**<br>**29534 Hacienda Dr**<br>**Valencia, CA 91354**<br>**- Proceeds were forwarded to lender.** |
| **Private Party**<br>**None** | **05/08/2008** | **Short Sale**<br>**105 Tulip Trail Bend**<br>**Cedar Park, TX 78613**<br>**- Proceeds were forwarded to lender.** |
| **Private Party**<br>**None** | **08/31/2008** | **Short Sale**<br>**13127 N 154th Ave**<br>**Surprise, AZ 85379**<br>**- Proceeds were forwarded to lender.** |
| **Private Party**<br>**None** | **06/25/2008** | **Short Sale**<br>**2601 Lost Mine Trail**<br>**Leander, TX 78641**<br>**- Proceeds were forwarded to lender.** |
| **Private Party**<br>**None** | **05/02/2008** | **Short Sale**<br>**2603 Lost Mine Trail**<br>**Leander, TX 78641**<br>**- Proceeds were forwarded to lender.** |
| **Private Party**<br>**None** | **05/08/2008** | **Short Sale**<br>**2605 Lost Mine Trail**<br>**Leander, TX 78641**<br>**- Proceeds were forwarded to lender.** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Washington Mutual Bank**<br>**PO Box 78148**<br>**Phoenix, AZ  85062** | **Business Checking Account (1)** | **Closed 03/2008**<br>**$0.00** |
| **Washington Mutual Bank**<br>**PO Box 78148** | **Business Checking Account (2)** | **Closed 03/2008**<br>**$0.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Phoenix, AZ  85062

| Washington Mutual Bank | Business Checking Account (3) | Closed 03/2008 |
| PO Box 78148 | | $0.00 |
| Phoenix, AZ  85062 | | |

| Washington Mutual Bank | Savings | January 2009 |

---

### 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| **Laura Tucker** | **2005 Toyota Tundra** | **in debtor's possession** |
| | **$8,413** | |

**Owner is debtor's sister-in-law.**

---

### 15. Prior address of debtor

None ☐   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| **29534 Hacienda Dr** | **Same** | **2004-2008** |
| **Valencia, CA 91354** | | |

---

### 16. Spouses and Former Spouses

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Tucker Holding Corporation** | **47-0939869** | | **Real Estate** | **2004-2008** |

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED
**Ursula Bowling**

None ☑  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **January 21, 2009**          Signature    */s/ Timothy Aaron Tucker*
                              of Debtor
                                                                        **Timothy Aaron Tucker**

Date: **January 21, 2009**          Signature    */s/ Stephanie Mauree Tucker*
                              of Joint Debtor
                              (if any)                                  **Stephanie Mauree Tucker**

_____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## Central District of California

**IN RE:**                                                        Case No. _____

Tucker, Timothy Aaron & Tucker, Stephanie Mauree _____    Chapter **7** _____
<div align="center">Debtor(s)</div>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **Capital One Auto Finance** | **Describe Property Securing Debt:** <br> **2006 Honda Odessey** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt    ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** <br> **EMC  Mortgage Corporation** | **Describe Property Securing Debt:** <br> **Rental Property: 1828 S. 234th Dr., Buckeye, AZ** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt    ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**January 21, 2009**_____          **/s/ Timothy Aaron Tucker** _____
                                              Signature of Debtor

                                              **/s/ Stephanie Mauree Tucker** _____
                                              Signature of Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

<table>
<tr><td colspan="2">Property No. 3</td></tr>
<tr>
<td><b>Creditor's Name:</b><br><b>EMC  Mortgage Corporation</b></td>
<td><b>Describe Property Securing Debt:</b><br><b>Rental Property: 1828 S. 234th Dr., Buckeye, AZ</b></td>
</tr>
<tr><td colspan="2">

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt
</td></tr>
</table>

<table>
<tr><td colspan="2">Property No.</td></tr>
<tr>
<td><b>Creditor's Name:</b></td>
<td><b>Describe Property Securing Debt:</b></td>
</tr>
<tr><td colspan="2">

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt
</td></tr>
</table>

<table>
<tr><td colspan="2">Property No.</td></tr>
<tr>
<td><b>Creditor's Name:</b></td>
<td><b>Describe Property Securing Debt:</b></td>
</tr>
<tr><td colspan="2">

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt
</td></tr>
</table>

**PART B** – Continuation

<table>
<tr><td colspan="2">Property No.</td><td rowspan="2">Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No</td></tr>
<tr>
<td><b>Lessor's Name:</b></td>
<td><b>Describe Leased Property:</b></td>
</tr>
</table>

<table>
<tr><td colspan="2">Property No.</td><td rowspan="2">Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No</td></tr>
<tr>
<td><b>Lessor's Name:</b></td>
<td><b>Describe Leased Property:</b></td>
</tr>
</table>

Continuation sheet ___1___ of ___1___

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Central District of California

IN RE:

Case No. _____

**Tucker, Timothy Aaron & Tucker, Stephanie Mauree**

Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**4,900.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**4,900.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Litigation, if required, is not included in this fee.**

<div style="text-align:center">

## CERTIFICATION

</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____        /s/ Hale Andrew Antico
**January 21, 2009**

Date                             **Hale Andrew Antico 174144**
                                 **Law Offices of Hale A. Antico, P.C.**
                                 **27538 Sierra Highway, #100**
                                 **Santa Clarita, CA  91351**
                                 **(661) 252-9900**
                                 **hantico@scvbankruptcy.com**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                          Case No. _____

Tucker, Timothy Aaron & Tucker, Stephanie Mauree _____   Chapter **7** _____
                              Debtor(s)

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned case.

2. On (*specify date*) __**12/21/2008**__, I agreed with the Debtor that for a fee of $ _____**4,900.00**, I would provide only the
   following services:

   a. ☑ Prepare and file the Petition and Schedules

   b. ☑ Represent the Debtor at the 341(a) Hearing

   c. ☐ Represent the Debtor in any relief from stay actions

   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C.
      § 523

   f. ☐ Other (specify):

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and
   that this declaration was executed on the following date at the city set forth below.

Dated: **January 21, 2009** _____   Law Firm: **Law Offices of Hale A. Antico, P.C.**

                                            **27538 Sierra Highway, #100**

                                            **Santa Clarita, CA  91351**

I HEREBY APPROVE THE ABOVE:

                                            By: */s/ Hale Andrew Antico*

*/s/ Timothy Aaron Tucker*
*/s/ Stephanie Mauree Tucker* _____   Name: **Hale Andrew Antico**
Signature of Debtor(s)                          Attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

February 2006                                                    2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re | CHAPTER: 7 |
|---|---|
| Tucker, Timothy Aaron & Tucker, Stephanie Mauree | |
| Debtor(s). | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, Tucker, Timothy Aaron _____, the debtor in this case, declare under penalty
      *(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☒  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
    60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
    no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I, Tucker, Stephanie Mauree _____, the debtor in this case, declare under
penalty
      *(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☐  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
    60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
    no payment from any other employer.

☒  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


Date: January 13, 2009        Signature

_____
                                                                                *Debtor*

Date: January 13, 2009        Signature

_____
                                                                                *Joint Debtor (if any)*

**Timothy Tucker**  01 COMMUNICATIONS, INC.  1515 K. Street #100 Sacramento, CA 95814  **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp Id | 298 | Fed Taxable Income | 2,916.67 | Check Date | December 5, 2008 | Voucher Number 105353 |
| Location | 6795 | Fed Filing Status | S-10 | Period Beginning | November 16, 2008 | Net Pay 2,352.61 |
| | | State Filing Status | S-10 | Period Ending | November 30, 2008 | Check Amount |

| Earning | Rate | Hours | Amount | YTD Amt | Tax/Deduction | Amount | YTD Amt | Direct Deposit Type | Transit | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg | | 86.67 | 2,916.67 | 9,557.70 | CA | 127.02 | 607.79 | Washington MutuC | | | 2,352.61 |
| Comsn | | | | 2,438.00 | CASDI-E | 23.34 | 95.97 | | | | |
| | | | | | FITW | 190.58 | 1,198.48 | | | | |
| | | | | | MED | 42.29 | 173.94 | | | | |
| | | | | | SS | 180.83 | 743.73 | | | | |

| | |
|---|---|
| Total Direct Deposits | 2,352.61 |

| Benefit | Amount | YTD Amt | Accrual | Hours | Dollars |
|---|---|---|---|---|---|
| | | | SICK | 5.010 | |
| | | | VAC | 5.010 | |

| Gross Earnings | | 86.67 | 2,916.67 | 11,995.70 | Totals | 564.06 | 2,819.91 |
|---|---|---|---|---|---|---|---|

---

**Timothy Tucker**  01 COMMUNICATIONS, INC.  1515 K. Street #100 Sacramento, CA 95814  **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp Id | 298 | Fed Taxable Income | 5,551.67 | Check Date | December 19, 2008 | Voucher Number 105440 |
| Location | 6795 | Fed Filing Status | M-10 | Period Beginning | December 1, 2008 | Net Pay 5,082.55 |
| | | State Filing Status | M-10 | Period Ending | December 15, 2008 | Check Amount |

| Earning | Rate | Hours | Amount | YTD Amt | Tax/Deduction | Amount | YTD Amt | Direct Deposit Type | Transit | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg | | 86.67 | 2,916.67 | 12,474.37 | CA | | 607.79 | Washington MutuC | | | 5,082.55 |
| Comsn | | | 1,835.00 | 4,273.00 | CASDI-E | 44.41 | 140.38 | | | | |
| Travel | | | 800.00 | 800.00 | FITW | | 1,198.48 | | | | |
| | | | | | MED | 80.50 | 254.44 | | | | |
| | | | | | SS | 344.21 | 1,087.94 | | | | |

| | |
|---|---|
| Total Direct Deposits | 5,082.55 |

| Benefit | Amount | YTD Amt | Accrual | Hours | Dollars |
|---|---|---|---|---|---|
| | | | SICK | 6.680 | |
| | | | VAC | 6.680 | |

| Gross Earnings | | 86.67 | 5,551.67 | 17,547.37 | Totals | 469.12 | 3,289.03 |
|---|---|---|---|---|---|---|---|

# 01 COMMUNICATIONS, INC.

1515 K. Street #100
Sacramento, CA 95814

**Earnings Statement**

| | | |
|---|---|---|
| Check Date | **November 20, 2008** |
| Period Ending | **November 15, 2008** |

**Timothy Tucker**
28766 Alta Vista
Valencia, CA 91355

| | | |
|---|---|---|
| Employee Number | **298** | Dept | **6795** |
| Soc Sec Number | **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** |

| | |
|---|---|
| Check Number | **20221** |
| Net Pay | **3,731.12** |
| Check Amount | **3,731.12** |

| Earnings | Rate | Current Hours | Current Dollars | Year to Date Dollars |
|---|---|---|---|---|
| Reg | | 86.67 | 2,916.67 | 12,474.37 |
| Comsn | | | 2,438.00 | 4,273.00 |
| Travel | | | | 800.00 |
| **Total Gross Pay** | | **86.67** | **5,354.67** | **17,547.37** |

**Deductions**

No Deductions

| Taxes | Filing Status | Taxable Income | Current Dollars | Year to Date Dollars |
|---|---|---|---|---|
| CA | M-10 | 5,354.67 | 353.75 | 607.79 |
| CASDI-E | | 5,354.67 | 42.84 | 140.38 |
| FITW | M-10 | 5,354.67 | 817.32 | 1,198.48 |
| MED | | 5,354.67 | 77.65 | 254.44 |
| SS | | 5,354.67 | 331.99 | 1,087.94 |
| **Total Tax Withholding** | | | **1,623.55** | **3,289.03** |

**Direct Deposits**

No Direct Deposits

| Other Information | Hours |
|---|---|
| SICK Balance | 8.3500 |
| Vacation Balance | 8.3500 |

---

# 01 COMMUNICATIONS, INC.

1515 K. Street #100
Sacramento, CA 95814

**UMPQUA BANK**

90-4181/1211

| | |
|---|---|
| Check Date | **Check Number** |
| November 20, 2008 | 20221 |

PAYROLL CHECK

Pay this amount:    Three thousand seven hundred thirty-one dollars and twelve cents ************************    ****** 3,731.12

VOID IN 60 DAYS

7140    6795    298

To the order of:
**Timothy Tucker**
28766 Alta Vista
Valencia, CA 91355

Void - Non Negotiable

Authorized Signature

Non Negotiable - This is not a check - Non Negotiable

**Timothy Tucker**          **01 COMMUNICATIONS, INC.**          1515 K. Street #100
Sacramento, CA 95814          **Earnings Statement**

| Emp Id | 298 | Fed Taxable Income | 2,916.67 | Check Date | November 5, 2008 | Check Number | 2023:9 |
| Location | 6795 | Fed Filing Status | S-10 | Period Beginning | October 16, 2008 | Net Pay | 2,352.63 |
| | | State Filing Status | S-10 | Period Ending | October 31, 2008 | Check Amount | 2,352.63 |

| Earning | Rate | Hours | Amount | YTD Amt | Tax/Deduction | Amount | YTD Amt | Direct Deposit Type | Transit | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg | | 86.67 | 2,916.67 | 3,724.36 | CA | 127.02 | 127.02 | | | | |
| | | | | | CASDI-E | 23.33 | 29.79 | | | | |
| | | | | | FITW | 190.58 | 190.58 | | | | |
| | | | | | MED | 42.29 | 54.00 | | | | |
| | | | | | SS | 180.83 | 230.91 | | | | |

**Total Direct Deposits**

| Benefit | Amount | YTD Amt | Accrual | Hours | Dollars |
|---|---|---|---|---|---|
| | | | SICK | 1.670 | |
| | | | VAC | 1.670 | |

| Gross Earnings | | 86.67 | 2,916.67 | 3,724.36 | Totals | 564.05 | 632.30 | | | | |

B22A (Official Form 22A) (Chapter 7) (12/08)

According to the information required to be entered on this
statement (check one box as directed in Part I, III, or VI of this
statement):

☐ **The presumption arises**
☑ **The presumption does not arise**
☐ **The presumption is temporarily inapplicable.**

In re: **Tucker, Timothy Aaron & Tucker, Stephanie Mauree**
                    Debtor(s)

Case Number: _____
                    (If known)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly.
Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint
filer must complete a separate statement.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>      ☐ I remain on active duty /or/<br>      ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>      OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>      ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/08)

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $    2,924.56 | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts $<br>b. Ordinary and necessary business expenses $<br>c. Business income   Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts $<br>b. Ordinary and necessary operating expenses $<br>c. Rent and other real property income   Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | $ | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | $ | |
| | b. | $ | |
| | Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $    **2,924.56** | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $    **2,924.56** | |

### Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $    **35,094.72** |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: **California**    b. Enter debtor's household size: **4** | $    **77,014.00** |
| 15 | **Application of Section707(b)(7).** Check the applicable box and proceed as directed.<br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | $ |
| | b. | $ |
| | c. | $ |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

**B22A (Official Form 22A) (Chapter 7) (12/08)**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **19B** | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Household members under 65 years of age | | | Household members 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | |

The result for Line 19B: $

| | | |
|---|---|---|
| **20A** | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

| | | |
|---|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

Line 20B: $

| | | |
|---|---|---|
| **21** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| **22B** | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | |

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | |

| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)

| | Subpart B: Additional Living Expense Deductions<br>Note: Do not include any expenses that you have listed in Lines 19-32 | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance — $<br>b. Disability Insurance — $<br>c. Health Savings Account — $<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Subpart C: Deductions for Debt Payment | |
|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | Total: Add lines a, b and c. | | |

Total: $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |
|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

Total: $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly chapter 13 plan payment. | $ |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

$

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

**B22A (Official Form 22A) (Chapter 7) (12/08)**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |
| | **Part VII. ADDITIONAL EXPENSE CLAIMS** | |
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | **Part VIII. VERIFICATION** | |
|---|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. (*If this a joint case, both debtors must sign.*)<br><br>Date: **January 21, 2009**      Signature: **/s/ Timothy Aaron Tucker**<br><div style="text-align:center">(Debtor)</div><br>Date: **January 21, 2009**      Signature: **/s/ Stephanie Mauree Tucker**<br><div style="text-align:center">(Joint Debtor, if any)</div> | |

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                          Case No. _____

Tucker, Timothy Aaron & Tucker, Stephanie Mauree _____    Chapter **7** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**12** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **January 21, 2009** _____    Signature: _/s/ Timothy Aaron Tucker_ _____
                                                         **Timothy Aaron Tucker**
                                                                                          Debtor

Date: **January 21, 2009** _____    Signature: _/s/ Stephanie Mauree Tucker_ _____
                                                         **Stephanie Mauree Tucker**
                                                                                          Joint Debtor, if any

Date: **January 21, 2009** _____    Signature: _/s/ Hale Andrew Antico_ _____
                                                         **Hale Andrew Antico 174144**
                                                                                          Attorney (if applicable)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Timothy Aaron Tucker
27866 Alta Vista
Valencia, CA  91355


Stephanie Mauree Tucker
27866 Alta Vista
Valencia, CA  91355


Law Offices of Hale A Antico PC
27538 Sierra Highway #100
Santa Clarita, CA  91351

American Express
Customer Service
PO Box 981535
El Paso, TX  79998


AmSher Collection Services Inc
600 Beacon Pkwy W #300
Birmingham, AL  35209


APS
Station 3200
PO Box 53933
Phoenix, AZ  85072


Aqua Texas Inc
762 W Lancaster Ave
Bryn Mawr, PA  19010


Arizona American Water
PO Box 7150
Pasadena, CA  91109


Ascension Recovery Management
27833 Avenue Hopkins #1B
Valencia, CA  91355


Bank Of America NA
PO Box 45224
Jacksonville, FL  32232-5224


Bank Of America NA
PO Box 21848
Greensboro, NC  27420

Biola University
PO Box 29920
New York, NY  10087


Brice Vander Linden & Wernick PC
Attorneys At Law
9441 LBJ Freeway Ste 250
Dallas, TX  75243


Burrtec Waste Industries Inc
26000 Springbrook Ave #101
Saugus, CA  91350


Caleb Tucker
19802 Red Road Lane
Yorba Linda, CA  92886


Capital One
PO Box 30285
Salt Lake City, UT  84130


Capital One
PO Box 1366
Pittsburgh, PA  15230


Capital One Auto Finance
PO Box 260848
Plano, TX  75026


Cellnetix Pathology PLLC
PO Box 3941
Seattle, WA  98124


Chase
PO Box 15298
Wilmington, DE  19850

Citi Cards
PO Box 6000
The Lakes, NV  89163


Citi Cards
PO Box 1503
St Peters, MO  63376


Client Services Inc
3451 Harry Truman Blvd
St Charles, MO  63301


Countrywide
PO Box 10219
Van Nuys, CA  91410


Countrywide Home Loans
Attn: Customer Service
PO Box 5170
Simi Valley, CA  93062


Creditors Interchange
PO Box 1335
Buffalo, NY  14240


Cynthia Novak DDS
23920 Valencia Blvd #285
Valencia, CA  91355


Directv Inc
Customer Service
PO Box 6550
Greenwood Village, CO  80155

Dyck-O'Neal Inc
PO Box 13370
Arlington, TX  76094


Ekmark & Ekmark LLC
Attorneys At Law
6720 N Scottsdale Rd #261
Scottsdale, AZ  85253


EMC  Mortgage Corporation
PO Box 619063
Dallas, TX  75261-9063


EMC Mortgage Corporation
Customer Service Department
PO Box 293150
Lewisville, TX  75029


ER Solutions Inc
800 SW 39th St
Renton, WA  98057


Faslo Solutions LLC
1 First American Way
Westlake, TX  76262


Forest Oaks Owners Association Inc
C/O RealManage
PO Box 803555
Dallas, TX  75380


Forsyth County Tax Collector
PO Box 82
Winston-Salem, NC  27102

Gary Tucker
21402 W Brittle Bush Lane
Buckeye, AZ   85396


GMAC Mortgage
PO Box 780
Waterloo, IA   50704


GMAC Mortgage LLC
Recovery Department; Mail Code 190F
1100 Virginia Dr
Ft Washington, PA   19034


Gust Rosenfeld
Attorneys Since 1921 PLC
201 E Washington #800
Phoenix, AZ   85004-2327


Gust Rosenfeld PLC
Attn: Dina D Horsman
201 E Washington #800
Phoenix, AZ   85004


Harris Connect
Collections Department
PO Box 41135
Norfolk, VA   23541


Henry Oddo Austin & Fletcher PC
Attn: Judd A Austin Jr
1700 Pacific Ave #2700
Dallas, TX   75201


Homecoming Financial
Customer Service
PO Box 4622
Waterloo, IA   50704

Leander Independent School District
PO Box 218
Leander, TX  78646


Linebarger Goggan Blair & Sampson
Attorneys At Law
100 Throckmorton #300
Fort Worth, TX  76102


Lisa David District Clerk
Williamson County Texas
PO Box 24
Georgetown, TX  78627


Litton Loan Servicing LP
C/O AVELO Mortgage LLC
4828 Loop Central Dr
Houston, TX  77081


Mackie Wolf & Zientz PC
Pacific Center I Ste 660
14180 N Dallas Parkway
Dallas, TX  75254


Manuela Sousa MD
1229 Madison #1440
Seattle, WA  98104


Marine Creek Ranch
Homeowner's Association Inc
2500 Legacy Dr #220
Frisco, TX  75034


Marley Park Community Association
Scott Communities Sales Office
13214 N 153rd Dr
Surprise, AZ  85379

McCarthy Holthus & Ackerman LLP
Attorneys At Law
9330 LBJ Freeway #750
Dallas, TX  75243


McCreary Veselka Bragg & Allen P
904 South Main #100
Georgetown, TX  78626


Nathan Train
1110 Duke St
Alexandria, VA  22314


NCO Financial Systems Inc
507 Prudential Rd
Horsham, PA  19044


Newhall County Water District
PO Box 220970
Santa Clarita, CA  91322


Ocwen Loan Servicing
Customer Service Department
PO Box 785057
Orlando, FL  32878


Ocwen Loan Servicing
PO Box 785056
Orlando, FL  32878


Pat Conniff
2955 NE Marquette Way
Issaquah, WA  98029

Pathology Cytopathology Services
PO Box 2311
Chatsworth, CA  91313


Pediatric Acute Care Medical Associ
PO Box 571027
Tarzana, CA  91357


Pediatrix - Obstetrix
Medical Group
770 The City Dr S #4000
Orange, CA  92868


Philip Ross CPA
An Accountancy Corporation
24730 Ave Tibbitts #100
Valencia, CA  91355


Poole & Shaffery LLP
25350 Magic Mountain Parkway #250
Valencia, CA  91355


Principal Management Group
C/O The Villages Of Chisholm Ridge
12700 Park Central Dr #600
Dallas, TX  75251


Progressive Management Systems
PO Box 2220
West Covina, CA  91793


Remington Point HOA
C/O SBB Processing Center
PO Box 60875
Phoenix, AZ  85082

Robert Mitelhaus
28338 Constellation Dr #D-900
Valencia, CA  91355


Santa Clarita Pediatrics
24515 Kansas St
Newhall, CA  91321


Seattle Emergency Physician Inc
Dept 441
PO Box 34935
Seattle, WA  98124


Sound Builders Group
2955 NE Marquette Way
Issaquah, WA  98029


Sundance Master Community Associati
7740 N 16th St #300
Phoenix, AZ  85020


Swedish Physician Division
Central Business Services
PO Box 84026
Seattle, WA  98124


Swift Financial
PO Box 3023
Milwaukee, WI  53201


T-Mobile Customer Relations
PO Box 37380
Albuquerque, NM  87176

Tarrant County
Tarrant County Administration Build
100 E Weatherford
Fort Worth, TX  76196


The CBE Group Inc
131 Tower Park Dr #100
Waterloo, IA  50701


The Gas Company
PO Box C
Monterey Park, CA  91756


The Resort At Eagle Mountain Lake
Homeowners Association
3901 Airport Freeway #300
Bedford, TX  76021


The Russell Group
PO Box 6241
San Pedro, CA  90734


Tourney Road Investments LLC
25350 Magic Mountain Parkway
Santa Clarita, CA  91355


Town Of Buckeye
90 N Apache Rd
Buckeye, AZ  85326


TXU Energy
PO Box 660409
Dallas, TX  75266

United Mileage Plus
Cardmember Service
PO Box 15298
Wilmington, DE   19850


Ursula Bowling
23637 Via Rana
Valencia, CA   91355


Valencia Gynecology Assoc
27871 Smyth Dr #102
Valencia, CA   91355


Verizon Wireless
Customer Service
PO Box 96082
Bellevue, WA   98009


Wells Fargo Financial Leasing
MAC F4031-050
800 Walnut St
Des Moines, IA   50309


Willatt & Flickinger
Attorneys At Law
2001 N Lamar
Austin, TX   78705


Zwicker & Associates PC
Attorneys At Law
80 Minuteman Rd
Andover, MA   01810